CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, Respondent, v. LYDIA H. BURGSTALLER et al., Defendants, JOHANNUS TAUBENBERGER et al., Infants, by Their Guardian ad Litem MOSES FEUER, Defendants-Respond-

ents, and FEDERICO STALLFORTH, Defendant-Appellant.—

No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.